ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nicolas Evenias Santiago Perez, | ) | CASE NO. 4:25CV2803 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al., | ) | **ORDER** |
| Respondents. | ) | |

The Government has filed a notice of adverse decision, explaining that the Sixth Circuit Court of Appeals' decision in *Lopez-Campos, et al. v. Raycraft, et al.*, ___ F.4th ___, Nos. 25-1965/1969/1978/1982, 2026 U.S. App. LEXIS 13519 (6th Cir. May 11, 2026) controls. Doc. 10. Specifically, pursuant to *Lopez-Campos*, Petitioner is detained under 8 U.S.C §1226(a) and is entitled to a bond hearing under the Fifth Amendment. Id. This Court agrees. Accordingly, the Court ORDERS that a bond hearing be conducted by an immigration judge under 8 U.S.C. §1226(a) within seven days of the issuance of this order or immediately release Petitioner.

The Government shall file a status update no later than seven days after the bond hearing as to the outcome of the hearing and whether dismissal in this case is proper.

IT IS SO ORDERED.

June 5, 2026
Date

*/s/John R. Adams*
John R. Adams
U.S. District Judge