UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nicolas Evenias Santiago Perez, | ) | |
| Petitioner, | ) | CASE NO. 4:25CV2803 |
| v. | ) | |
| Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al., | ) | Judge John R. Adams |
| | ) | **ORDER** |
| Respondents. | ) | |

Petitioner Nicolas Evenias Santiago Perez's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is pending before the Court. On May 13, 2026, the Government filed a notice of adverse decision, explaining that Petitioner was entitled to a bond hearing under the Fifth Amendment as determined by the Sixth Circuit Court of Appeals in *Lopez-Campos, et al. v. Raycraft, et al*., 175 F.4th 713 (6th Cir. May 11, 2026). Doc. 10.

The Court agreed and ordered that a bond hearing be conducted by an immigration judge under 8 U.S.C. §1226(a) or to immediately release Petitioner. Doc. 11. On June 9, 2026, the Government filed a status report indicating that a bond hearing was held on May 28, 2026, and bond was denied. Doc. 12. Petitioner waived appeal and requested to proceed with removal pursuant to his January 29, 2026 removal order. Doc. 12.

Because Petitioner received the relief sought in his petition, a bond hearing, his petition is DISMISSED as MOOT.

IT IS SO ORDERED.

July 6, 2026
Date

*/s/John R. Adams*
John R. Adams
U.S. District Judge